U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
SEP 16 2026
FILED/REC'D
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | SEALED INDICTMENT |
| v. | Case No. 26 CR 102 JDP |
| JULIETA ENGELSTAD, | 18 U.S.C. § 1015(f)<br>18 U.S.C. § 611(a) |
| Defendant. | |

---

THE GRAND JURY CHARGES:

COUNT 1

On or about July 2, 2022, in the Western District of Wisconsin, the defendant,

JULIETA ENGELSTAD,

an alien, knowingly made a false statement and claim that she was a citizen of the United States, in order to register to vote and to vote in a Federal, State, and local election, in that she falsely stated and claimed that she was a United States citizen when registering to vote with the Wisconsin Elections Commission.

(In violation of Title 18, United States Code, Section 1015(f)).

COUNT 2

On or about November 8, 2022, in the Western District of Wisconsin, the defendant,

JULIETA ENGELSTAD,

an alien, knowing she was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a candidate for the offices of Member of the Senate and Member of the House of Representatives.

(In violation of Title 18, United States Code, Section 611(a)).

A TRUE BILL

PRESIDING JUROR

Indictment returned: 9/16/2026

CHADWICK M. ELGERSMA
United States Attorney