# WARRANT OF ARREST SEALED

| United States District Court | DISTRICT WESTERN DISTRICT OF WISCONSIN | |
|---|---|---|
| United States of America<br>v.<br>Julieta Engelstad<br>Defendant. | DOCKET NO.<br>26 CR | MAGISTRATE JUDGE CASE NO.<br>102 JDP |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br>Julieta Engelstad<br>[redacted]<br>Hudson, WI 54016 | |

Warrant Issued on the Basis of:

✓ Indictment ☐ Order of Court ☐ Information ☐ Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest: City:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

False Claim of Citizenship to Register to Vote; and
Unlawful Voting by an Alien

IN VIOLATION OF TITLE: 18 U.S.C. Section(s) 1015(f) & 18 U.S.C. § 611(a)

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| | | |
|---|---|---|
| Ordered By: | Federal Judge/Magistrate Judge<br>Andrew R. Wiseman | Date Order: |
| Clerk of Court: | (By) Deputy Clerk<br>s/ N. Nelson, Deputy Clerk | Date Issued: 9/16/2026 |

**RETURN**

This Warrant was received and executed with the arrest of the above-named person.

| | |
|---|---|
| Date Received: | Date Executed: |
| Name and Title of Arresting Officer: | Signature of Arresting Officer: |