UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

*Plaintiff,*

vs. Case No. 26-cr-102-jdp

JULIETA ENGELSTAD,

*Defendant.*

---

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Julieta Engelstad, the defendant in the above-captioned matter, is represented by:

Elena Schultz
Federal Defender Services of Wisconsin, Inc.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Telephone: [608] 260-9900
Facsimile: [608] 260-9901

Dated at Madison, Wisconsin, this 21st day of September, 2026.

Respectfully submitted,
Julieta Engelstad, Defendant

*/s/Elena Schultz*
Elena Schultz

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
Elena_schultz@fd.org